### STATE OF CONNECTICUT *v.* WALTER ROGERS

It appearing that the defendant in the above-entitled case has failed to prosecute his appeal from the Superior Court in Fairfield County with proper diligence, it is, under Practice Book § 696, ordered by the Supreme Court, suo motu, that the appeal be and hereby is dismissed unless the defendant on or before April 5, 1978, files his brief.

*James D. Cosgrove,* chief public defender, for the appellant (defendant).

*Richard F. Jacobson,* state's attorney, for the appellee (state).

Argued March 7—decided March 7, 1978

### PAUL J. HANSON ET AL. *v.* A. EARL WOOD, COMMISSIONER OF TRANSPORTATION

It appearing that the plaintiffs in the above-entitled case have failed to prosecute their appeal from the Superior Court in Fairfield County with proper diligence, it is, under Practice Book § 696, ordered by the Supreme Court, suo motu, that the appeal be and hereby is dismissed unless the plaintiffs on or before April 24, 1978, file their brief.

*Robert A. Slavitt,* for the appellant (named plaintiff).

*Kenneth N. Tedford,* assistant attorney general, for the appellee (defendant).